IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**J & J SPORTS PRODUCTIONS, INC.**                                                      **PLAINTIFF**

v.                             Case No. 4:14-cv-00704-KGB

**SAMER THALJI, Individually and**
**d/b/a LA FRONTERA MEXICAN GRILL**                                         **DEFENDANT**

## ORDER

The parties have filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 19). Pursuant to the parties' joint stipulation, this action is dismissed without prejudice, subject to the Court's jurisdiction to enforce the parties' settlement agreement. If no party has filed a motion to reopen this action by September 12, 2015, this dismissal shall be deemed to be with prejudice without further Order from the Court. All pending motions are denied as moot.

SO ORDERED this the 21st day of August, 2015.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge